No. 83–1315.   RIVERBEND FARMS, INC. *v.* AGRICULTURAL LABOR RELATIONS BOARD ET AL.; and
No. 83–1332.   RIVCOM CORP. *v.* AGRICULTURAL LABOR RELATIONS BOARD ET AL.   Sup. Ct. Cal.   Certiorari denied.   Reported below: 34 Cal. 3d 743, 670 P. 2d 305.

No. 83–1326.   WISSLER *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 83–1337.   HERO LANDS CO. ET AL. *v.* UNITED STATES. C. A. Fed. Cir.   Certiorari denied.

No. 83–1339.   EISENBERG *v.* UNITED STATES; and
No. 83–1340.   DORISON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   Reported below: 723 F. 2d 901.

No. 83–1381.   FEINSTEIN ET AL. *v.* NETTLESHIP CO. OF LOS ANGELES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–1396.   EASTERDAY *v.* COYER ET AL.   C. A. 10th Cir. Certiorari denied.

No. 83–1401.   FELTON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.

No. 83–1405.   WEBB *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–1418.   CITY OF LITTLE ROCK ET AL. *v.* GILBERT ET AL. C. A. 8th Cir.   Certiorari denied.

No. 83–1480.   GEOSEARCH, INC., ET AL. *v.* CLARK, SECRETARY OF THE INTERIOR, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 83–1511.   STANTON *v.* DISTRICT OF COLUMBIA COURT OF APPEALS.   Ct. App. D. C.   Certiorari denied.

No. 83–1521.   WEISS *v.* EMPLOYER-SHEET METAL WORKERS LOCAL 544 PENSION TRUST PLAN ET AL.   C. A. 9th Cir.   Certiorari denied.